**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JAMES ALFRED THOMAS**                                                             **PLAINTIFF**

**v.**                                                                                   **No. 2:04CV327-P-A**

**DESOTO COUNTY JAIL, ET AL.**                                          **DEFENDANT**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 5, 2005, the court entered an order requiring the plaintiff to keep the court informed of his current address. The order cautioned the plaintiff that failure to comply would lead to the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order; the court has received mail returned from the plaintiff's last known address. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 1st day of November, 2005.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE